# NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable Kevin R. Anderson, U.S. Bankruptcy Judge

| CASE NUMBER: 18−24142   CHAPTER: 7 | DATE FILED (OR CONVERTED): 6/5/18 |
|---|---|
| NAME OF DEBTOR(S):<br>Nicholas Hansen, xxx−xx−7417 | ADDRESS OF DEBTOR:<br>3773 West 3240 South<br>Salt Lake City, UT 84120 |
| DEBTOR'S ATTORNEY:<br>Lewis P. Adams<br>Lewis Adams & Associates<br>8833 South Redwood Road, Suite A<br>West Jordan, UT 84088<br><br>801−676−1950 | TRUSTEE:<br>Elizabeth R. Loveridge tr<br>Strong and Hanni<br>102 South 200 East<br>Suite 800<br>Salt Lake City, UT 84111<br><br>801−532−7080 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

February 12, 2019

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

DATED: 11/12/18

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah

Case number _____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) _____<br>Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☐ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Name _____<br>Number     Street<br>_____<br>City                State          ZIP Code<br>Contact phone _____<br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Where should payments to the creditor be sent? (if different)<br><br>Name _____<br>Number     Street<br>_____<br>City                State          ZIP Code<br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☐ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                              Proof of Claim                              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ❑ No<br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges?<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | Is all or part of the claim secured? | ❑ No<br>❑ Yes.   The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❑ Motor vehicle<br>❑ Other. Describe:   _____<br><br>**Basis for perfection:**   _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                      $_____<br>**Amount of the claim that is secured:**   $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❑ Fixed<br>❑ Variable |
| 10. | Is this claim based on a lease? | ❑ No<br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| 11. | Is this claim subject to a right of setoff? | ❑ No<br>❑ Yes. **Identify the property:** _____ |

Official Form 410                                      **Proof of Claim**                                                page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br>❏ Yes. *Check one:* | **Amount entitled to priority** |
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.
❏ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
    First name        Middle name        Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
    Number    Street
_____
    City                State    ZIP Code

Contact phone _____   Email _____

Official Form 410                            **Proof of Claim**                            page 3

```
                             United States Bankruptcy Court
                                     District of Utah

In re:                                                          Case No. 18-24142-KRA
Nicholas Hansen                                                 Chapter 7
       Debtor
                                 CERTIFICATE OF NOTICE
District/off: 1088-2          User: loveridge             Page 1 of 2               Date Rcvd: Nov 12, 2018
                              Form ID: bln                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db            +Nicholas Hansen,    3773 West 3240 South,    Salt Lake City, UT 84120-2115
11005589      +Amber A Larson,    4758 South Dutch Apple Cove,    Salt Lake City, UT 84129-2882
11005593      +Autovest, LLC,    26261 Evergreen Road,    Suite 390,    Southfield, MI 48076-4447
11005594       Bear Lake Community Health Centers,    1515 N 400 East Ste 104,    Logan, UT 84341-7595
11005595       Berman & Rabin, P.A.,    PO Box 24327,    Overland Park, KS 66283-4327
11005596      +Berman & Rabin, PA,    15280 Metcalf Avenue,    Overland Park, KS 66223-2811
11005601      +District Court of Maryland,    for Montgomery County,    191 East Jefferson Street,
                Rockville, MD 20850-2630
11005602       Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
11005603      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
11005605      +ESP+Inc,    9580 South 500 West,    Sandy, UT 84070-2589
11005607      +GC Service Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
11005608      +Highland Hideaway,    11251 North Sunset Drive,    Unit 53,    Highland, UT 84003-3861
11005611       Intermountain Healthcare,    PO BOX 27808,    Salt Lake City, UT 84127-0808
11005615       Midland Credit Management,    PO Box 2001,    Warren, MI 48090-2001
11005617      +N.A.R Inc. c/o Mark Olsen,    1600 West 2200 South,    Suite 410,    Salt Lake City, UT 84119-7240
11005618      +National Payment Services,    PO Box 182223,    DEPT OH1-1272,    Columbus, OH 43218-2223
11005622      +Steven H. Lybbert,    7069 South Highland Drive,    PO Box 711843,
                Salt Lake City, UT 84171-1843
11005623      +The Cherrington Firm, PLLC,    746 East 1910 South,    Suite 3,    Provo, UT 84606-6225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: lewis@lewisadams.com Nov 12 2018 22:22:54      Lewis P. Adams,
                Lewis Adams & Associates,    8833 South Redwood Road, Suite A,    West Jordan, UT  84088
tr            +EDI: QERLOVERIDGE.COM Nov 13 2018 03:23:00      Elizabeth R. Loveridge tr,    Strong and Hanni,
                102 South 200 East,    Suite 800,    Salt Lake City, UT 84111-3110
11005590      +E-mail/Text: e-bankruptcy@americafirst.com Nov 12 2018 22:22:56      America First Credit Union,
                Po Box 9199,    Ogden, UT 84409-0199
11005592       EDI: WFFC.COM Nov 13 2018 03:23:00      Autovest, LLC,    PO Box 2247,
                Southfield, MI 48037-2247
11005597      +EDI: CAPITALONE.COM Nov 13 2018 03:23:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
11005598       E-mail/Text: bmg.bankruptcy@centurylink.com Nov 12 2018 22:22:55      Century Link,
                PO Box 91155,    Seattle, WA 98111-9255
11005599      +EDI: CHASE.COM Nov 13 2018 03:23:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
11005600      +EDI: RCSFNBMARIN.COM Nov 13 2018 03:23:00      Credit One Bank,    Attn: Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
11005604       E-mail/Text: kathy@checknetinc.com Nov 12 2018 22:22:56      EPN, Inc.,    Checknet,    PO Box 150,
                Provo, UT 84603-0150
11005606      +EDI: AMINFOFP.COM Nov 13 2018 03:23:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
11005609      +EDI: HFC.COM Nov 13 2018 03:23:00      HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
11005610       EDI: IIC9.COM Nov 13 2018 03:23:00      I.C. Systems,    444 Highway 96 East,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
11005612       EDI: IRS.COM Nov 13 2018 03:23:00      Internal Revenue Service,
                CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,    Philadelphia, PA 19101-7346
11005614       E-mail/Text: Bankruptcy@jmlaw.com Nov 12 2018 22:22:58      Johnson Mark LLC,    PO Box 7811,
                Sandy, UT 84091-7811
11005616      +EDI: MID8.COM Nov 13 2018 03:23:00      MIdland Credit Management, Inc (MCM),
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
11005619       EDI: PRA.COM Nov 13 2018 03:23:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,
                Norfolk, VA 23502
11005620       E-mail/Text: bklaw@centurylink.com Nov 12 2018 22:22:57      Qwest,    PO Box 29040,
                Phoenix, AZ 85038-9040
11005621      +E-mail/Text: collections@rapidadvance.com Nov 12 2018 22:22:57
                Small Business Financial Solutions, LLC,    Rapid Advance,    4500 East-West Highway, 6th Floor,
                Bethesda, MD 20814-3327
11005624      +EDI: UTAHTAXCOMM.COM Nov 13 2018 03:23:00      Utah State Tax Commission,
                Attn: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-9000
11005625       EDI: WFFC.COM Nov 13 2018 03:23:00      Wells Fargo Dealer Services,    P.O. Box 25341,
                Santa Ana, CA 92799-5341
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11005613*     +Internal Revenue Service,    Insolvency Specialist,    178 S Rio Grande St, MS 5021,
                Salt Lake City, UT 84101-1587
11005591      ##Asset Management Associates Inc.,    PO Box 160063,    Clearfield, UT 84016-0063
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1088-2            User: loveridge             Page 2 of 2                   Date Rcvd: Nov 12, 2018
                                Form ID: bln                Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2018 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0