# NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable R. Kimball Mosier, U.S. Bankruptcy Judge

| CASE NUMBER: 18−25142    CHAPTER: 7 | DATE FILED (OR CONVERTED): 7/11/18 |
|---|---|
| NAME OF DEBTOR(S):<br>John Barlow Sr, xxx−xx−9605 | ADDRESS OF DEBTOR:<br>520 North Main Street C318<br>Heber City, UT 84032 |
| DEBTOR'S ATTORNEY:<br>John Christian Barlow<br>Law Office of John Christian Barlow<br>520 N Main Street<br>C318<br>Heber, UT 84032<br><br>435−634−1200 | TRUSTEE:<br>J. Kevin Bird tr<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br><br>(801) 426−4700 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

March 8, 2019

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

## IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

DATED: 12/6/18

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah

Case number _____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Name of the current creditor (the person or entity to be paid for this claim) _____
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Name _____
   Number    Street _____
   City                State           ZIP Code
   Contact phone _____
   Contact email _____

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number    Street _____
   City                State           ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                         MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** | |
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___ |
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_____ |
| 9. | Is all or part of the claim secured? | ☐ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                     $_____<br>Amount of the claim that is secured:     $_____<br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:    $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br>☐ Yes. **Identify the property:** _____ |

Official Form 410                                                          **Proof of Claim**                                                                                    page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No <br> ❏ Yes. *Check one:* | **Amount entitled to priority** |
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

❏ I am the creditor.
❏ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name    _____
        First name       Middle name        Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street
        _____
        City                          State    ZIP Code

Contact phone _____  Email _____

Official Form 410                    **Proof of Claim**                    page 3

United States Bankruptcy Court
District of Utah

In re:                                                                 Case No. 18-25142-RKM
John Barlow, Sr                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: birdjk              Page 1 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: bln              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
```
db             +John Barlow, Sr,    520 North Main Street C318,    Heber City, UT 84032-1216
aty            +Adam S. Affleck,    Prince Yeates & Geldzahler,    15 West South Temple,    Ste. 1700,
                 Salt Lake City, UT 84101-1549
11038822       +17CI000094,    Tehama County Superior Court,    1740 Walnut Street,    PO BOX 310,
                 Red Bluff CA 96080-0310
11038844       +ACCESS GROUP INC,    10 N HIGH ST STE 400 WEST,    CHESTER, PA 19380,    Russ Robertson,
                 3915 N SR 32,    Marion UT 84036-9581
11038842       +ACS,    501 BLEECKER ST,    UTICA, NY 13501-2401
11038832        ACS/ACCESS,    124 S 1st St,    Aberdeen, SD 57401-4107
11038812       +Community Education Foundation,    158 West 1600 South, #200,,
                 St. George, UT 84770. 84770-7272
11038803       +Community Translator Network,    DORSEY & WHITNEY LLP,    111 S. Main Street Suite 2100,
                 Salt Lake City, UT 84111-2891
11038840       +DYNAMIC RECOVERY SOLUTION,    PO BOX 25759,    GREENVILLE, SC 29616-0759
11038816       +Dave Schutz,    Hoffman Schutz Media Capital,    10424 NE Sunrise Bluff Lane,
                 Bainbridge Island, WA 98110-4519
11038807       +Gene Wisneiwski,    1472 East 3100 South,    Wendell ID 83355-3251
11038823        Ilona Ward Barnes,    C/O Cottam Law,    132 West Tabernacle Bld B,    St George UT 84770
11038819       +Joel Barlow,    PO BOX 631,    Red Bluff CA 96080-0631
11038821       +John M Barlow,    PO BOX 631,    Red Bluff CA 96080-0631
11038846        Kim McReynolds,    750 Hot Springs Drive,    Midway UT 84049
11038805       +Knute Rife,    Rife Law Office,    PO Box 2941,    Salt Lake City, UT 84110-2941
11038809       +Lorna Skinner,    158 West 1600 South, #200,,    St. George, UT 84770. 84770-7272
11038804       +Mike Thomson,    DORSEY & WHITNEY LLP,    111 S. Main Street Suite 2100,
                 Salt Lake City, UT 84111-2891
11038810       +Morgan Skinner,    158 West 1600 South, #200,,    St. George, UT 84770. 84770-7272
11038847       +Mr.Mrs. Holmes / WasteCon Environmental Inc.,    c/o Bryan Pack,    253 W. St George Blvd #100,
                 St. George UT 84770-3351
11038827        Navient,    123 JUSTISON STREET3RD FLOOR,    WILMINGTON, DE 19801
11038806       +Ray Carpenter,    845 East Red Hills Parkway,    St. George UT 84770-3068
11038811       +Rockwell Media,    158 West 1600 South, #200,,    St. George, UT 84770. 84770-7272
11038833        STUDENT ASSIST FOUNDATION,    2500 Broadway,    PO Box 203101,    Helena, MT 59620-3101
11038817       +Seth Barlow,    C/O William Wright,    1731 J Street Suite 250,    Sacramento CA 95811-3022
11038820       +Valarie Heath,    PO BOX 631,    Red Bluff CA 96080-0631
11038824       +WasteCon Environmental Inc (WasteCan),    162 N 400 E A204,    St George UT 84770-7137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Bankruptcy@JohnChristianBarlow.com Dec 07 2018 03:44:17     John Christian Barlow,
                 Law Office of John Christian Barlow,    520 N Main Street,    C318,    Heber, UT  84032
tr             +EDI: QJKBIRD.COM Dec 07 2018 08:09:00      J. Kevin Bird tr,    Bird & Fugal,
                 384 East 720 South,    Suite 201,    Orem, UT 84058-6320
11038837       +EDI: ECMC.COM Dec 07 2018 08:08:00      ECMC,    111 SOUTH WASHINGTON AVESUITE 1400,
                 MINNEAPOLIS, MN 55401-6800
11038836       +EDI: ECMC.COM Dec 07 2018 08:08:00      ECMC,    1 Imation Pl,    Oakdale, MN 55128-3422
11038843       +EDI: ECMC.COM Dec 07 2018 08:08:00      EDUCATIONAL CREDIT MANAGEMENT COR,
                 111 WASHINGTON AVE S STE 1400,    MINNEAPOLIS, MN 55401-6800
11038845       +E-mail/Text: cgordon@gordonlawgrouputah.com Dec 07 2018 03:46:51     Gordon Law Group,
                 345 W. 600 S. #108,    Heber City UT 84032-2282
11038828        EDI: NAVIENTFKASMSERV.COM Dec 07 2018 08:09:00      NAVIENT,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
11038826        EDI: NAVIENTFKASMSERV.COM Dec 07 2018 08:09:00      NAVIENT,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
11038830       +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2018 03:45:26      NELNET,
                 3015 S PARKER RDSTE 400,    AURORA, CO 80014-2904
11038829        E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2018 03:45:26      NELNET LOAN SERVICES,
                 3015 S Parker Rd Ste 425,    Aurora, CO 80014-2904
11038825        E-mail/Text: cpayne@weber.edu Dec 07 2018 03:45:24      WEBER STATE UNIVERSITY,
                 3850 Dixon Pkwy Dept 1023,    Ogden, UT 84408-1023
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11038835        ACCESS GROUP,    PO Box 7808,    RETURNED MAIL--99999
11038841        Access Group,    5500 BRANDYWINE PKWY,    RETURNED MAIL--99999
11038814        Deborah Holmes,    731 S 800 E,    RETURNED MAIL--99999
11038839        ECMC INTERNAL COLLECTIONS,    101 E FIFTH ST,    SUITE 2500,    RETURNED MAIL--99999
11038831        NATIONAL EDUCATION SERVICI,    200 W Monroe St,    RETURNED MAIL--99999
11038838        NAVIENT-PRIVATE CREDIT,    800 PRIDES CROSSING,    RETURNED MAIL--99999
11038813        Perry Holmes,    731 S 800 E,    RETURNED MAIL--99999
11038808        Ryan Skinner
11038834        SAF,    2500 BROADWAY,    POB 5209,    RETURNED MAIL--99999
11038818        Seth Barlow
11038848        X3
11038849        X4
```

```
District/off: 1088-2              User: birdjk              Page 2 of 2                  Date Rcvd: Dec 06, 2018
                                  Form ID: bln              Total Noticed: 38

11038802       ##Amy Meredith,    5308 Knox Dr,    The Colony TX 75056-2151
11038815       ##Powell Meredith Communications Company,     5308 Knox Dr,    The Colony TX 75056-2151
                                                                                      TOTALS: 12, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0